1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  KENNETH W. BRAKEBILL (CABN 196696)
   Assistant United States Attorney
4
           450 Golden Gate Avenue, Box 36055
5          San Francisco, California 94102-3495
           Telephone: (415) 436-7167
6          FAX: (415) 436-6748
           kenneth.brakebill@usdoj.gov
7
   Attorneys for Defendants
8
   ZACHARY R. NEW
9  Joseph Law Firm, P.C.
   12203 East Second Ave.
10 Aurora, CO 80011
   (303) 297-9171
11 FAX: (303) 733-4188
   zachary@immigrationissues.com
12 *Pro Hac Vice*

13 Attorneys for Plaintiff

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          OAKLAND DIVISION

17
   DYI LYU, CSOFT INTERNATIONAL, INC.,    Case No. 4:21-cv-01903-HSG
18
         Plaintiffs,                      **STIPULATION REGARDING CASE**
19                                        **SCHEDULE; ORDER  (as modified)**
         v.
20
   ALEJANDRO MAYORKAS, Secretary of the
21 Department of Homeland Security, *et al.*,   Judge Haywood S. Gilliam, Jr.

22       Defendants.

23

24

25       Subject to the Court's approval, Plaintiffs and Defendants, through their undersigned counsel,

26 hereby stipulate and respectfully request the Court to grant the parties' proposed schedule. The parties

27 conferred and agree as follows:

28
   STIPULATION RE CASE SCHEDULE; ORDER
   4:21-cv-01903-HSG                       1

| Event | Deadline |
|---|---|
| Defendants to file Answer | July 26, 2021 |
| Defendants to serve Plaintiffs with the Certified Administrative Record | August 9, 2021 |
| Plaintiffs to file Motion for Summary Judgment | August 30, 2021 |
| Defendants to file Opposition and Cross Motion for Summary Judgment | September 30, 2021 |
| Plaintiffs to file Reply in support of Summary Judgment Motion and Opposition to Cross Motion | October 8, 2021 |
| Defendants to file Reply in support of Cross Motion | October 20, 2021 |

Dated: July 23, 2021

Respectfully submitted,

STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

s/ *Kenneth W. Brakebill*
KENNETH W. BRAKEBILL
Assistant United States Attorney
Attorneys for Defendants

Dated: July 23, 2021

s/ *Zachary R. New*
ZACHARY R. NEW
Attorney
Joseph Law Firm, P.C.
Attorneys for Plaintiff

STIPULATION RE CASE SCHEDULE; ORDER
:21-cv-01903-HSG                                              2

# ORDER

Pursuant to the stipulation of the parties, and good cause having been shown to the Court, it is hereby ordered that the following schedule shall apply in this action:

| Event | Deadline |
|---|---|
| Defendants to file Answer | July 26, 2021 |
| Defendants to serve Plaintiffs with the Certified Administrative Record | August 9, 2021 |
| Plaintiffs to file Motion for Summary Judgment | August 30, 2021 |
| Defendants to file Opposition and Cross Motion for Summary Judgment | September 30, 2021 |
| Plaintiffs to file Reply in support of Summary Judgment Motion and Opposition to Cross Motion | October 8, 2021 |
| Defendants to file Reply in support of Cross Motion | October 20, 2021 |

IT IS SO ORDERED.

DATED: 7/26/2021

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
District Judge

STIPULATION RE CASE SCHEDULE; ORDER
4:21-cv-01903-HSG                           3